1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224
   E-MAIL   scottnjohnson@comcast.net
5
   Attorney for Plaintiff Scott N. Johnson
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11                                        ) Case No.**2:09-cv-01007-MCE-JFM**
   Scott N. Johnson                       )
12                                        ) **ORDER RE: STIPULATED DISMISSAL**
           Plaintiff,                     )
13                                        )
       vs.                                )
14                                        )
   Sally Edwards,                         )
15                                        )
             Defendant                    )
16                                        )
                                          )
17                                        )
   _____)
18

19
       IT IS HEREBY ORDERED THAT this action be and is hereby
20
   dismissed With Prejudice pursuant to FRCP 41 (a)(2).  The
21
   Clerk of the Court is directed to close this case.
22
   Dated: October 3, 2011
23
                                   _____
24                                 MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE
25

26

27

28